UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff | § § | |
| VS. | § § | CIVIL ACTION NO. G-06-500 |
| | § | (Claim No. C-95584) |
| CHARLES A. MORSE | § § | |
| Defendant | § | |

## Affidavit of Amount Due

The State of Texas §
§
County of Harris §

I, M. H. Cersonsky, being first duly sworn, state that I am the attorney in charge for the Plaintiff in the above-styled and numbered cause; that I have read the Complaint filed in this action, know the contents thereof, I am familiar with the evidence which would be offered by the Plaintiff at the trial of this case, and that based thereon I officially state that according to the records of the Department of Education, Charles A. Morse owes Plaintiff on the debt set forth in the Complaint, the following amounts:

**Claim : C-95584**
| | |
|---|---|
| Current Principal | $4,614.06 |
| Interest on Principal (As of December 8, 1998) | $3,972.68 |
| Administrative and Filing Fee | $  410.54 |
| Process Server Fees | $   77.00 |
| Abstract Recording Fees | $   18.00 |
| Attorney's Fees | $  550.00 |
| Total Due | $9,641.74 |
| Interest Rate: 9.00% | |
| Daily Accrual: $1.14 | |

Attached as Exhibit "A" is a true and correct copy of the Certificate of Indebtedness regarding the Debtor, Charles A. Morse from the Department of Education regarding the notes, dated October 13, 1983, February 15, 1984 and August 9, 1985 which set forth the

1

amounts owed. The information contained in the Certificate of Indebtedness is true and correct and is consistent with the information contained in the records of the United States Department of Education and the loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). Interest continues to accrue on the principal balances at the rates set forth above.

Attached as Exhibits "B", "C" and "D" are true and correct copies of the notes signed by Charles A. Morse dated October 13, 1983, February 15, 1984 and August 9, 1985, which were kept in the regular course of business of Citibank (NYS) N A, Fairport, NY & Citibank (NYS) N.A., Rochester, NY and the Department of Education, and the information contained in the documents was made at or near the time of the events recorded thereon by someone with knowledge of the events reflected thereon.

Also attached are computer screens which shows the monies or payments received by both the original note holder and the Department of Education. The R107 screens, true and correct copies of which are attached as Exhibit "E", shows payments received, if any by the original note holder. Exhibit "E", are records kept in the regular course of business of the Department of Education, the information contained in the Exhibit was made at or near the time of the events recorded thereon by someone with knowledge of the events or information reflected thereon.

Exhibit "F", is a R103 screen which reflects the amount of money received by the Department of Education, if any for the notes which are the basis of this lawsuit. This Exhibit is a record of the Department of Education, is made and kept in the regular course of business of the Department of Education, the information contained in the Exhibit was made

at or near the time of the events reflected thereon by someone with knowledge of the event or information reflected thereon.

United States of America is the holder and owner of the above-referenced notes, a default in payment of the notes has occurred and the principal amounts owed are set forth above, plus pre-judgment interest as set forth above.

*M. H. Cersonsky*
M. H. Cersonsky
Attorney for USA
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. No.: (713) 840-1492
Fax No.: (713) 840-0038

Subscribed and Sworn to before me on September 25th, 2006.

S.J. RUIZ
Notary Public, State of Texas
My Commission Expires 02-25-10

Notary Public in and for
The State of Texas

3