( R107 ) GSL PROGRAM SPECIFIC SCREEN EA42815 12/08/98
REGION: 09 ACCT OWNER: AG528 06:54

ACCT NO:
S452436133 ACCT NAME: MORSE CHARLES R
PREV NAME:
STUDENT NAME:
STUDENT ID:
0

DEBT NO: G199309051794401 DATE ENT: 08/11/93

| PRINCIPAL: | INTEREST: | PENALTY: | ADMIN: | FEES: |
| --- | --- | --- | --- | --- |
| 2,445.44 | 879.95 | | 32.09 | |

ENDORSER: P TOTAL: 3,357.48

| LENDER: | ORGAGY: | SID: | LNGUARDT: | LOANTPE: | DEFTDTE: | CBOCCDATE: | GA BAL DATE: |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 826878 | MN627 | 007329 | 08/24/83 | STAF | 07/01/88 | 05/27/89 | 05/19/93 |

| ORGCLMPAYDTE: | PRINPDLENDER: | INTPDLENDER: | INTCAPBYGA: | AMTCOLBYGA: | LASTPDGA: |
| --- | --- | --- | --- | --- | --- |
| 05/27/89 | 2,356.04 | 89.40 | 89.40 | 18.34 | |

| ORGSOLDT: | LITIND: | JUDMTDT: | JUDMTEXPDT: | WITHDRAWAL: | DISB AMOUNT: | DISBDTE: | RATE: |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 12/01/89 | N | | | 11/30/85 | 2,500.00 | 10/13/83 | 9.00% |

PF13-R101 14-R102 15-R103 16-R104 17-R105 18-R106 19-R107 20-R108 21-R109

PLAINTIFF'S EXHIBIT "E"

```
ACCT NO:
S452436133       ACCT NAME: MORSE              CHARLES              R
                 PREV NAME:
                 STUDENT NAME:
STUDENT ID:
     0
```

------------------------------------------------------------------- PAGE  2 OF  3

```
DEBT NO: G199309051794502         DATE ENT: 08/11/93
    PRINCIPAL:       INTEREST:        PENALTY:          ADMIN:           FEES:
     1,061.24          381.87                            13.92
ENDORSER: P                                              TOTAL:        1,457.03
LENDER:   ORGAGY:  SID:    LNGUARDT:  LOANTPE:  DEFTDTE:   CBOCCDATE: GA BAL DATE:
 826878    MN627   007329  02/06/84    STAF    07/01/88    05/27/89    05/19/93

ORGCLMPAYDTE:   PRINPDLENDER:    INTPDLENDER:    INTCAPBYGA:    AMTCOLBYGA:   LASTPDGA:
  05/27/89        1,022.44          38.80           38.80          7.96

ORGSOLDT: LITIND: JUDMTDT: JUDMTEXPDT: WITHDRAWAL: DISB AMOUNT: DISBDTE: RATE:
 12/01/89    N                         11/30/85      2,500.00   02/23/84  9.00%

 PF13-R101 14-R102 15-R103 16-R104 17-R105 18-R106 19-R107 20-R108 21-R109
```

```
ACCT NO:
S452436133      ACCT NAME: MORSE              CHARLES              R
                PREV NAME:
                STUDENT NAME:
STUDENT ID:
    0
```

------------------------------------------------------------------- PAGE  3 OF  3

```
DEBT NO: G199309051794603          DATE ENT: 08/11/93
    PRINCIPAL:      INTEREST:       PENALTY:         ADMIN:         FEES:
    1,107.38         398.47                          14.53
ENDORSER: P                                          TOTAL:        1,520.38
LENDER:  ORGAGY:   SID:    LNGUARDT: LOANTPE: DEFTDTE:  CBOCCDATE: GA BAL DATE:
826878   MN627    007329   09/19/85   STAF    07/01/88  05/27/89    05/19/93

ORGCLMPAYDTE:   PRINPDLENDER:   INTPDLENDER:   INTCAPBYGA:   AMTCOLBYGA:  LASTPDGA:
  05/27/89        1,066.89         40.49          40.49         8.31

ORGSOLDT: LITIND: JUDMTDT: JUDMTEXPDT: WITHDRAWAL: DISB AMOUNT: DISBDTE: RATE:
12/01/89     N                         11/30/85      1,525.00  10/08/85  9.00%
LAST PAGE
 PF13-R101 14-R102 15-R103 16-R104 17-R105 18-R106 19-R107 20-R108 21-R109
```