```
( R103 )              ACCOUNT TRANSACTION SCREEN       EA42815        12/08/98
                     REGION: 09    ACCT OWNER: AG528                  06:54
        ACCT NO: S452436133    ACCT NAME: MORSE             CHARLES
DATA HAS BEEN ARCHIVED (    )
    ED BALANCE:    8,647.28    PROJ/ACT CA:   2,161.82    CA BALANCE:  10,809.10
    TOTAL PMT:                                       NET ADJ TRANS:
  VOLNTRY PMT:                                     NET OTHER TRANS:
----------------------------------------------------------------- PAGE   1 OF    1
EFFECTIVE       TOTAL      TRAN    INSTRUMENT     SEQ    IN ORIG-B.SRC CRED  POSTING
  DATE         PAYMENT     TP RS     NUMBER      NUMBER  TP POSTCL NBR SITE   DATE     S
--------    -------------  -- --  -------------  ------  -- ---------- -----  --------  -
```

PF13-R101 14-R102 15-R103 16-R104 17-R105 18-R106 19-R107 20-R108 21-R109

```
  1 1
18.34
 7.96
 8.31
─────
34.61
```



PLAINTIFF'S EXHIBIT "F"